# EXHIBIT E



# THE INCENTIVEGROUP

*Performance Driven Marketing*

399 Knollwood Road
White Plains, NY 10603
914-948-0904

| INVOICE # | DATE |
|---|---|
| 12740 | 5/11/2018 |
| PROGRAM | ACCT. MANAGER |
| Naked100 Rewards | Stephanie McAuliffe |

### BILL TO

Adam Kelly
USA Vape Lab
155721 Commerce Lane
Huntington Beach   CA   92649

### SHIP TO

| DATE SHIPPED | YOUR ORDER # | OUR VENDOR # | TERMS |
|---|---|---|---|
| 3.1.18 | | | Due upon receipt |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1 | 1 | Termination Fees for USA Vape Lab Customer Loyalty Program-per 3/1/18 Agreement and 5/11/18 email | $862,500.00 | $862,500.00 |

Past due accounts are subject to
a late fee of 1-1/2% per month.

THANK YOU.

| | |
|---|---|
| SUBTOTAL | $862,500.00 |
| TAX | |
| FREIGHT | |
| TOTAL | $862,500.00 |